IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20858
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

J. GUADALUPE ROCHA, also known as Vicente Samaniago-Martinez,
also known as Vicente Santiago-Martinez, also known as Audres
Robles, also known as Rocha J. Guadalupe, also known as Guadalupe
Rocha-Limon, also known as Jose Clemente Cepeda, also known as
Jose Clemente Zepeda, also known as J. Guadalupe Rocha-Limon,
also known as Jose Guadalupe Rocha, also known as Guadalupe
Rocha,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-237-1
- - - - - - - - - - -
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose
Guadalupe Rocha has moved for leave to withdraw and has filed a
brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Rocha has received a copy of counsel's motion and brief but has
not filed a response.  We have independently reviewed the brief
and the record and have found no nonfrivolous issue.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.